# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**In re:**
**Irma E. Vasquez**
**Jury Summons**

     **Respondent.**     Case No. 6:10-mc-80-Orl-31GJK

## ORDER

  Based on the attached response, which shows that the failure to report for jury duty was a good faith mistake, the Court finds that the Order to Show Cause (Doc. 1), entered June 14, 2010, is due to be, and hereby is, **DISCHARGED**. By copy of this order, the Jury Clerk is directed to return Irma E. Vasquez to the pool of potential jurors.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2010.

                  GREGORY A. PRESNELL
                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party
Jury Clerk

June 18, 2010



United State District Court
Office of the clerk
George C Young US courthouse
401 W. Central Blvd Suite 1200
Orlando, Florida 32801-0120

Dear: Sirs

I am writing about wife Irma E. Vasquez, your case#6:10-mc80-orl-31gjk and your claim that she fail to respond to two jury duty summons this year, in March and later in June. I am writing on her behalf now because she has been in Puerto Rico attending to her mother, Isabel Ortiz, who got operated two weeks ago. Irma's mother is an elderly person and has, among other illness, cancer. Because of said illness, she had to have her breast removed about two weeks ago. My wife Irma is currently in the hospital attending to her because after the operation she acquired an infection and had to be readmitted.

I take this opportunity to write on my wife's behalf to clear up the record that you are claiming that she has willfully and intentionally missed two jury duties. Please note that in March she asked for a postponement of March jury duty because she works for an accounting tax office and she is a key person and not having her in the office would completely shut down the office operation. She asked, at that time, to be scheduled anytime for jury duty anytime in the period of May to December 31.

Following that letter she received a letter for her to serve in jury duty in Osceola County for the period of late May. At the same time, she also received another letter, asking her to go to jury duty, this one coming from you in the Federal court. She sent a letter stating that she had been scheduled for jury duty in Osceola county court and thought that maybe your letter was in error. She felt that she could not serve in two areas at roughly the same time. She later got clarification from you saying that one had nothing to do with the other and that county and federal courts were two different things. She at no time ever ignored you guys or said that she was not going to serve.

I feel that this has been a big misunderstanding coming at the wrong time, especially, during a time that my wife has had to deals with her mother's illness and subsequent operation. She respectfully humbles herself and seeks forgiveness from the court for any misunderstanding that has been created. My wife is a Christian woman that understands that the government is an authority put there by God. She would never do anything to disobey said authority. My wife should be back in the next week to ten days of which time she would go there if you feel the need to do that. Once again, please note she is completely ready to serve jury duty and has never declined to do so. Please correct your records accordingly and accept her apology, as well as, mine. Should you have any questions or need to speak to me you may call me at 407-346-8644. Thank you.

Respectfully,

Julian Vasquez
Husband
On behalf of Irma E. Vasquez